# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FISKE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| RTA LANDSCAPING, INC. and | : | NO. 09-4761 |
| RYAN ADKINSON, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of *May*, 2010, upon consideration of the Motion by Defendants RTA Landscaping, Inc. and Ryan Adkinson to File an Amended Answer to Plaintiff's Complaint (Docket No. 8) and the Response of Plaintiff Christopher Fiske (Docket No. 9), it is hereby **ORDERED** that the Motion is **GRANTED** and, within fifteen (15) days from the date of this Order, Defendants shall file their Amended Answer with Counterclaim.

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.